# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY WHITEHEAD, ) | Case No.: 1:17-cv-01204-LJO- JLT |
| Plaintiff, ) | ORDER APPROVING THE STIPULATION FOR AN EXTENTION OF TIME FOR DEFENDANT |
| v. ) | TO RESPOND TO THE COMPLAINT |
| LIBERTY LIFE ASSURANCE COMPANY ) OF BOSTON, ) | (Doc. 12) |
| Defendant. ) | |

On October 20, 2017, the parties filed a stipulation for an extension of time for Defendant to file and serve its response to Plaintiff's Complaint. (Doc. 12 at 1) Pursuant to Local Rule 144(a), the parties may stipulation to an extension of time "no more than twenty-eight (28) to respond to a complaint … without approval of the Court if the extension is signed on behalf of all parties who have appeared in the action and are affected by the stipulation."

Accordingly, pursuant to the terms of the stipulation, the motion for an extension of time is **GRANTED** and Defendant **SHALL** file a response to the complaint no later than **November 6, 2017**.

IT IS SO ORDERED.

Dated:  **October 24, 2017**                  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE