PAMELA E. COGAN (SBN 105089)
STACY MONAHAN TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pamela.cogan@rmkb.com
stacy.tucker@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY WHITEHEAD,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND TAKEDA PHARMACEUTICALS USA, INC. LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No. 1:17-cv-01204-LJO-JLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE ADMINSTRATIVE RECORD**<br><br>(Doc. 20) |

Good cause appearing, the Court GRANTS the stipulation of the parties. The defendant SHALL file the record no later than February 5, 2018. Any motions to supplement the record SHALL be filed by February 19, 2018 and heard by March 14, 2018.

IT IS SO ORDERED.

Dated: **January 5, 2018**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE