**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY WHITEHEAD,<br><br>      Plaintiff,<br><br>   v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>      Defendant. | Case No.: 1:17-cv-01204 LJO JLT<br><br>ORDER TO THE DEFENDANT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR ITS FAILURE TO COMPLY WITH THE COURT'S ORDERS |

On January 5, 2018, the Court granted the stipulation of counsel that the administrative record not be filed until after the parties completed mediation, which was scheduled for January 29, 2018. (Docs. 20, 21) The Court required that the defendant file the record no later than February 5, 2018. (Doc. 21) Despite this, the record has not been filed. Thus, the Court **ORDERS**:

1.    No later than **February 16, 2018**, the defendant **SHALL** show cause in writing why sanctions should not be imposed for its failure to comply with the Court's orders. Alternatively, the defendant may file the record within this same time period.[1]

IT IS SO ORDERED.

Dated:   **February 12, 2018**         **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] In the event the matter has settled, the filing of a notice of settlement, likewise, would resolve this order to show cause.