# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY WHITEHEAD, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, <br><br> Defendant. | Case No.: 1:17-cv-01204 LJO JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br><br> (Doc. 23) |

The parties have alerted the Court that they are finalizing the settlement of this matter. (Doc. 23) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than March 23, 2018**;
2. All pending dates, conferences and hearings, including the pretrial conference and trial, are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **February 14, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE